1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11 | NATIVIDAD GUTIERREZ, | ) | No.  1:13-cv-01520-LJO-MJS |
12 | Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
13 | vs. | ) | |
14 | MARIA MORENO, individually and dba MARISCOS LAS ADAS MANZANILLO, et al., | ) | |
15
16
17 | Defendants. | ) | |
18

  IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Maria Moreno and Mario Moreno, individually and dba Mariscos Las Adas Manzanillo, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: December 24, 2013      MOORE LAW FIRM, P.C.

                */s/ Tanya E. Moore*
                Tanya E. Moore
                Attorneys for Plaintiff
                Natividad Gutierrez

Date: December 23, 2013      */s/ Bruce A. Neilson*
                Bruce A. Neilson
                Attorneys for Defendants
                Maria Moreno and Mario Moreno, individually and dba Mariscos Las Adas Manzanillo

## **ORDER**

  The parties having so stipulated,

  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

  The Clerk of Court is directed to close this action.

**IT IS SO ORDERED**.

Dated: December 24, 2013      /s/ Lawrence J. O'Neill
                United States District Judge